UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JIANJING LU, on behalf of herself and all
persons similarly situated,
              Plaintiff,

v.

NAILS BY ANN, INC. d/b/a NAIL HOUSE;
SUNG BYUN; MYONG HEE KIM; and JOHN
DOES #1-10,
              Defendants.
--------------------------------------------------------------x

**OPINION**

15 CV 8906 (VB)

After discussion with counsel at a conference held today, it is hereby ORDERED:

1. By September 23, 2016, the parties shall submit a joint letter regarding the status of the case and advising the Court of how best to proceed.

2. Counsel shall appear by telephone for a status conference on September 30, 2016, at 10:00 a.m. Plaintiff's counsel shall initiate the call. The chambers telephone number is (914) 390-4166.

Dated: June 2, 2016
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1