UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIANJING LU,
          Plaintiff,

v.

NAILS BY ANN, INC. d/b/a NAIL HOUSE;
SUNG BYUN; and MYONG HEE KIM;
          Defendants.
------------------------------------------------------------x

**OPINION AND ORDER**

15 CV 8906 (VB)

Plaintiff's unopposed motion for an award of attorneys' fees and costs (Doc. #44) is GRANTED, for substantially the reasons set forth in the memorandum of law submitted in support of the motion. First, plaintiff was almost completely successful on her claims. Moreover, having carefully reviewed the declarations submitted by Mr. Stein and Mr. Wong, and the attached contemporaneous time records and invoices documenting litigation costs, the Court finds reasonable and appropriate the hours expended on the litigation for which plaintiff requests compensation, the requested hourly rates, and the out-of-pocket litigation costs incurred. Accordingly, in addition to the amounts awarded to plaintiff for actual, liquidated, and statutory damages, as well as for prejudgment interest, the Court will allow reasonable attorneys' fees in the amount of $35,441.25 and costs of the action in the amount of $2,163.28.

The Clerk is instructed to terminate the motion. (Doc. #44).

The Court will separately enter a Judgment as against defendants Nails by Ann, Inc. d/b/a Nail House, and Myong Hee Kim.

Dated: April 19, 2018
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge